**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Larry Thomas REMINGTON,
Defendant–Appellant.**

No. 02–6536.

United States Court of Appeals,
Fourth Circuit.

Submitted June 13, 2002.

Decided June 19, 2002.

Larry Thomas Remington, Appellant Pro Se. Felice McConnell Corpening, Office of the United States of Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Larry Thomas Remington seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Remington*, Nos. CR–00–25–BR; CA–01–801–5–BR (E.D.N.C. Jan. 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*